UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CHRIS WAYNE MATHEWS, SR.                                         CASE NO.: 15-

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $610 for sixty (60) months.

**II.** Claims to be paid directly by debtor.     **Estimated Balance Due**     **Monthly Payment**
**Select Portfolio Servicing**                   $39,632.00                    $547.66
**collateral- house & lot located at**
**5337 Jacquella Road,**
**Alexandria, LA**

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. **Real Property:**

   Select Portfolio Servicing: collateral- house & lot located at 5337 Jacquella Drive, Alexandria, LA; estimated pre-petition arrears in the amount of $1,200.00. As adequate protection, the creditor, Select Portfolio Servicing, shall be paid $25 per month until the debtor's attorney fees are paid in full.

2. **Personal Property:**

   Ally Financial: collateral - 2012 Ford F150; estimated secured claim of $24,300 to be paid with interest at 6%. As adequate protection, Ally Financial shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

   Internal Revenue Service          $200.00

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 6th day of November, 2015.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066